UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JAMES LYNN O'HINES,

        Plaintiff,

  vs.

GREENE, et al.,

        Defendants.

No. C 10-3080 PJH (PR)

**ORDER OF DISMISSAL**

This is a pro se civil rights action filed by a prisoner confined in Florence, Arizona. On the day the case was opened, the court notified plaintiff that he had neither paid the filing fee nor submitted an application for leave to proceed in forma pauperis. Copies of the court's form for applications to proceed in forma pauperis were provided with the notice, along with a return envelope. Plaintiff was warned to pay the fee or file an IFP application within thirty days or the case would be dismissed.

Plaintiff has not responded. These case therefore is **DISMISSED** without prejudice. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: September 1, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.10\O'HINES3080.DSM-IFP.wpd